UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| L.W., | Case No. 3:14-cv-01877-LB |
| Plaintiff, | **ORDER OF CONDITIONAL DISMISSAL** |
| v. | |
| CITY OF OAKLAND *et al.*, | |
| Defendants, | |

The court has been advised that the parties have agreed to a settlement of this case. The court thus dismisses the case without prejudice. Nonetheless, if any party certifies to the court within **ninety** days (and files proof of service on opposing counsel) that the agreed consideration for said settlement has not been delivered over, this order of dismissal will be vacated and the case will be restored to the court's calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: May 26, 2015

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (No. 3:14-cv-01877-LB)